UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD JEREMY NOBLE, #374042,

       Petitioner,

                              CASE NO. 2:16-CV-13794
v.                            HONORABLE VICTORIA A. ROBERTS

RANDALL HAAS,

       Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO AMEND/ADD EXHIBITS**

     This matter is before the Court on Petitioner's "Motion to Amend/Add Exhibit(s)" to his response to the Court's show cause order concerning the timeliness of his habeas case. Petitioner has submitted his exhibits with his motion. The Court has discretion to allow the amendment of habeas pleadings. *See* Rule 11, Rules Governing 28 U.S.C. § 2254 Cases; Fed. R. Civ. P. 15(a). Having considered the matter, the Court concludes that Petitioner should be allowed to amend his response to add the exhibits as requested. Accordingly, the Court **GRANTS** Petitioner's motion.

     **IT IS SO ORDERED**.

                                                       S/Victoria A. Roberts
                                                       VICTORIA A. ROBERTS
                                                       UNITED STATES DISTRICT JUDGE

Dated:  January 25, 2017